IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kelly H. Rankin**

| | |
|---|---|
| Civil Action: 17-cv-00050-KHR | Date:  June 29, 2018 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                                *Counsel:*

MARK JANNY,                                                    John Skari, Jr.

   Plaintiff,

v.

SHELIA (I) HARFORD, *et al.,*                            Eden Rolland

   Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 09:02 a.m.**
Court calls case.  Appearances of counsel.  Magistrate Judge Rankin and counsel appear by telephone.

Discussion regarding *[79] Plaintiff's Motion for Status and Scheduling Conference* and the status of the case.

Discussion regarding defendants filing an answer and documents in response to plaintiff's subpoena duces tecum.  Ms. Rolland will review the subpoena and supply the documents to Plaintiff's counsel.  If the court has these documents, they will be provided as well.

**ORDERED:**   *[79] Plaintiff's Motion for Status and Scheduling Conference* is **GRANTED**.

*[50] Defendants' Motion for Summary Judgment Pursuant to Fed. R. Civ .P. 56* is **DENIED WITHOUT PREJUDICE.**

Defendants shall file an answer within 21 days.

The deadline for limited written discovery and depositions for both sides is **October 1, 2018.**

Status Conference is set for **October 5, 2018 at 10:00 a.m.** to discuss the status of discovery and to set a briefing schedule for the renewed motion for summary

        judgment.  Parties participating in the hearing shall initiate a conference call among themselves before calling the court (303.844.2117) at the scheduled time.

HEARING CONCLUDED.
**Court in recess: 09:30 a.m.**
Total time in court: 00:28

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.